UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BREWER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-04362 TJH (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint (Dkt. No. 1), the Report and Recommendation of United State Magistrate Judge (Dkt. No. 8), and Plaintiff's Objection to Report and Recommendation (Dkt. No. 9.)  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　1.　　The Report and Recommendation is accepted, (Dkt. No. 8);

2. Plaintiff's Complaint is dismissed without leave to amend; and

3. Judgment is to be entered accordingly.

DATED: October 31, 2025

*Terry J. Hatter, Jr.*
THE HONORABLE TERRY J. HATTER, JR.
United States District Judge