JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BREWER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-04362 TJH (ADS)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED:  October 31, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge